# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALDANA,<br><br>    Plaintiff,<br><br>v.<br><br>21ˢᵗ CENTURY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01574-CDS-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant's certificate of interested parties fails to identify citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant must file an amended certificate of interested parties by October 12, 2023, fully identifying the citizenship of every individual and entity attributed to it.

IT IS SO ORDERED.

Dated: October 5, 2023

                                                                                                       Nancy J. Koppe
                                                                                                              United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1