UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALDANA,<br><br>    Plaintiff,<br><br>v.<br><br>21st CENTURY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-01574-CDS-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify citizenship attributed to him. *See* Docket No. 8.

Accordingly, Plaintiff must file an amended certificate of interested parties by October 27, 2023, fully identifying his citizenship.

IT IS SO ORDERED.

Dated: October 20, 2023

                                                                                                   _____<br>
                                                                                                   Nancy J. Koppe<br>
                                                                                                   United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1