UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALDANA,<br><br>      Plaintiff,<br><br>v.<br><br>21st CENTURY INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:23-cv-01574-CDS-NJK<br><br>**Order** |

      This case was removed to this Court on diversity grounds. *See* Docket No. 1. The Court previously ordered Plaintiff to file an amended certificate of interested parties to fully the identify citizenship attributed to him. *See* Docket No. 9. To date, Plaintiff fails to fully identify his citizenship for the purpose of diversity jurisdiction. *See* Docket Nos. 8, 11.

      The Court expects parties practicing before it to practice competently. To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] "An individual is a citizen of the state in which he is domiciled; domicile is determined by an individual's 1) residence in a state, and 2) his intent to remain indefinitely." *Boon v. Allstate Ins. Co.*, 229 F.Supp.2d 1016, 1019 (C.D. Cal. 2002) (citing *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001)). Here, Plaintiff's amended certificate of interested parties fails to fully identify the citizenship attributed to him. *See* Docket No. 11.

---

[1] This federal rule became effective on December 1, 2022.

      Accordingly, Plaintiff must file an amended certificate of interested parties by November 3, 2023, fully identifying the citizenship attributed to him.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

      IT IS SO ORDERED.

      Dated: October 27, 2023

      _____
Nancy J. Koppe
United States Magistrate Judge