**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**SANDRA DURITZA, ESQ.**
Nevada Bar No. 15538
**BIGHORN LAW**
3675 W. Cheyenne Avenue, Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: Sandra.Duritza@bighornlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ALDANA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>21ST CENTURY INSURANCE COMPANY; DOES I through X, inclusive and ROE CORPORATIONS XI through X-XV, inclusive,<br><br>　　　　　Defendants | CASE NO.:   2:23-cv-01574-CDS-NJK<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF PENDING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DEADLINE** |

COMES NOW Plaintiff, CARLOS ALDANA, by and through his attorneys of record Kimball Jones, Esq. and Sandra Duritza, Esq., of the law firm of Bighorn Law, and Defendant 21ST CENTURY INSURANCE COMPANY, by and through its attorney of record, John Dorame, Esq., of The Feldman Firm, and hereby stipulate to the following:

1. On January 22, 2024 Defendant, 21ST CENTURY INSURANCE COMPANY filed Motion for Summary Judgment DOC ID#21.

2. The hearing on Defendant, 21ST CENTURY INSURANCE COMPANY'S Motion for Summary Judgment is not currently scheduled.

3. Plaintiff's counsel, Sandra Duritza, Esq. has recently been assigned to this case and thus needs additional time to file the Opposition to Motion for Summary Judgment.

4. The parties hereby stipulate to extend the deadline for Opposition to the Motion for Summary Judgment to February 26, 2024 and the reply will be due on March 4, 2024.

IT IS SO STIPULATED

DATED this 12th day of February, 2024.

THE FELDMAN FIRM

/s/ *John Dorame, Esq.*
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
JOHN DORAME, ESQ.
Nevada Bar No. 10029
8831 West Sahara Avenue
Las Vegas, NV 89117
Attorneys for Defendant

DATED this 12th day of February, 2024.

BIGHORN LAW

/s/ *Sandra Duritza, Esq.*
KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
SANDRA DURITZA, ESQ.
Nevada Bar No. 15538
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Attorneys for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that the deadline to oppose defendant's Motion for Summary Judgment (ECF No. 21) is hereby extended to February 26, 2024 and the reply is due on March 4, 2024.

Dated: February 23, 2024

_____
Cristina D. Silva
United States District Judge

Respectfully Submitted By:
**BIGHORN LAW**

/s/ *Sandra Duritza, Esq.*
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**SANDRA DURITZA, ESQ.**
Nevada Bar No. 15538
3675 W. Cheyenne Ave., Ste. 100,
North Las Vegas, Nevada 89032
Attorneys for Plaintiff