David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
rholzer@feldmanattorneys.com
Attorneys for Defendant 21st Century Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS ALDANA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>21ST CENTURY INSURANCE COMPANY,<br><br>　　　　　Defendant | Case No.: 2:23-cv-01574-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Carlos Aldana, through his attorney of record, Kimball Jones, Esq. of Bighorn Law and Defendant 21st Century Insurance Company, through its attorneys of record, David J. Feldman, Esq. and John C. Dorame, Esq. of the Feldman Firm, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(a)(1)(B), that the above-entitled action be dismissed without prejudice, each party to bear their own attorney's fees and costs.

/ / /

| | |
|---|---|
| Dated: <u>May 10, 2024</u> | Dated: <u>May 10, 2024</u> |
| Bighorn Law | The Feldman Firm |
| /s/ Kimball Jones | /s/ David J. Feldman |
| Kimball Jones, Esq. | David Feldman, ESQ. |
| Nevada Bar No. 12982 | Nevada Bar No. 5947 |
| 3675 W. Cheyenne Ave., Suite 100 | John C. Dorame, Esq. |
| Las Vegas, NV 89032 | Nevada Bar No. 10029 |
| *Attorneys for Plaintiff* | 8831 W. Sahara Avenue |
| | Las Vegas, Nevada 89117 |
| | *Attorneys for Defendant* |

**ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), with each party to bear its own costs and fees.

It is further ordered that plaintiff's motion to remand **[ECF No. 10]** and defendant's motion for summary judgment **[ECF No. 21] are denied as moot**.

The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   May 14, 2024